AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2462<br>2:17-MJ-~~2462~~ | Date and time warrant executed:<br>10/11/17    0800 | Copy of warrant and inventory left with:<br>Brooke Afkami |
| Inventory made in the presence of :<br>SA Bryce Jones | | |

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes).  If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

1) Taurus PT140 .40 caliber handgun # SVG-46200
2) .40 caliber magazine 1 each
3) .40 caliber ammunition 10 each
4) Smith & Wesson 9mm handgun (reported stolen in TN) # DVB8012
5) 9mm magazine 1 each
6) 9mm ammunition 15 each
7) Marijuana 1.09 KG
8) Marijuana .94 KG
9) Marijuana 48.8 G
10) Heat Sealer used to package drugs
11) Drug packaging materials w/ residue
12) Dominion/control documents, financial documents 1 Bag

Certification  (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date:  10/12/17

_____
Executing officer's signature

Clinton Lindsly , Special Agent
Printed name and title

AUSA: Chelsea Norell, ext. 2624